UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:17-cv-603-WO-JLW

| | |
|---|---|
| COLLEEN McCLEAN,<br>*Plaintiff*,<br>v.<br>DUKE UNIVERSITY, ET AL.,<br>*Defendants.* | JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through undersigned counsel, respectfully stipulate to the dismissal with prejudice of all claims for relief of any kind asserted in this action. The Parties have agreed that each will bear their own costs, attorneys' fees, disbursements, and expenses of any kind incurred in connection with this action.

Stipulated to by counsel for the Parties on this 23nd day of January 2020:

**Counsel for Plaintiff, Colleen McClean**

/s/ Robert Ekstrand
Robert Ekstrand
N.C. State Bar No. 26673
Ekstrand & Ekstrand LLP
110 Swift Avenue, Second Floor
Durham, North Carolina 27705
Tel. (919) 416-4590
Fax (919) 416-4591
Email rce@ninthstreetlaw.com

**Counsel for Defendant Shiela Broderick:**

/s/ Dan J. McLamb
Dan J. McLamb
N.C. State Bar No. 6272
John B. Ward
N.C. State Bar No. 44886
YATES, MCLAMB & WEYHER, LLP
P.O. Box 2889
Raleigh, NC 27602
Tel. (919) 835-0900
Fax (919) 835-0910

**Counsel for Defendant Steven Bishop:**

/s/ David O. Lewis
David O. Lewis
N.C. State Bar No. 9917
BRYANT LEWIS & LINDSELY P.A.
Post Office Box 341
Durham, North Carolina 27702
Tel. (919) 688-6343

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:17-cv-603-WO-JLW

| | |
|---|---|
| COLLEEN MCCLEAN,<br>*Plaintiff,*<br>*v.*<br>DUKE UNIVERSITY, ET AL.,<br>*Defendants.* | **CERTIFICATE OF SERVICE** |

On the date electronically stamped below, the foregoing Joint Stipulation of Dismissal with Prejudice was electronically filed with the Court's CM/ECF System, which will issue a Notice of Electronic Filing (NEF) to counsel of record for every party registered to receive NEFs through the Court's CM/ECF System. I further certify that every party to this action has at least one counsel of record registered to receive NEFs in this action.

/s/ Robert Ekstrand
Robert Ekstrand, *Counsel for Plaintiff*